AO 121 (6/90)

| TO: | |
|---|---|
| **COMMISSIONER OF PATENTS AND TRADEMARKS (USPTO)** <br> **P.O. Box 1450** <br> **Alexandria, VA 22313-1450** | **REPORT ON THE** <br> **FILING OF DETERMINATION OF AN** <br> **ACTION REGARDING A PATENT OR** <br> **TRADEMARK** |

In compliance with 35 U.S.C. 290 and/or 15 U.S.C. 1116 you are hereby advised
that a court action has been filed on the following patent(s)/trademark(s) in the U.S. District Court:

| DOCKET NO. <br> 12-cv-6198 | DATE FILED: <br> 8/7/2012 | **UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION** |
|---|---|---|
| **Plaintiff(s):** <br> RR Donnelley & Sons Company | **Defendant(s):** <br> Xerox Corporation | |

| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
| | | |
| US 6,205,452 B1 | 3/20/2001 | Plaintiff |
| US 6,327,599 B1 | 12/4/2001 | Plaintiff |
| US 6,844,940 B2 | 1/18/2005 | Plaintiff |
| US 7,278,094 B1 | 10/2/2007 | Plaintiff |
| | | |

In the above-entitled case, the following trademarks(s) have been included:

| DATE INCLUDED | INCLUDED BY <br> [ ] Amendment    [ ] Answer    [ ] Cross Bill    [ ] Other Pleading | |
|---|---|---|
| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
| 1. | | |
| 2. | | |
| 3. | | |

In the above-entitled case, the following decision has been rendered or judgment issued:

| DECISION/JUDGMENT | | |
|---|---|---|
| CLERK - THOMAS G. BRUTON | DEPUTY CLERK: <br><br> /s/ Paula Harrison | DATE: <br><br> 8/9/12 |

| TRADEMARK NUMBER | DATE OF TRADEMARK | HOLDER OF PATENT OR TRADEMARK |
|---|---|---|
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |
|  |  |  |