**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| RR Donnelley & Sons Company, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> Xerox Corporation, ) <br> ) <br> Defendant. ) <br> ) | Civil Case No. 1:12-cv-06198 <br><br> District Judge: Hon. Sharon Johnson Coleman |

# **UNOPPOSED MOTION TO EXTEND TIME TO ANSWER**

Plaintiff RR Donnelley & Sons Company ("RR Donnelley") moves for a 30-day extension of the time to Answer. In support of the motion RR Donnelley states as follows:

1. The Complaint in this matter was served on Defendant Xerox Corporation on August 8, 2012.

2. Xerox's Answer is due on August 29, 2012.

3. This motion is being brought by counsel for RR Donnelley as counsel for Xerox has not made an appearance in this matter, but counsel for Xerox has requested this extension and RR Donnelley has agreed to the extension.

4. Accordingly, RR Donnelley requests that the time for Defendant Xerox to Answer be extended to September 28, 2012.

        Respectfully submitted,

        ROPES & GRAY LLP

Dated: August 28, 2012

        /s/ Richard T. McCaulley, Jr.
        Richard T. McCaulley, Jr.
        Marc A. Cavan
        111 South Wacker Drive, 46th Floor
        Chicago, IL 60606
        (312) 845-1200
        richard.mccaulley@ropesgray.com
        marc.cavan@ropesgray.com

*Attorneys for Plaintiff,*
*RR Donnelley & Sons Company*

## **CERTIFICATE OF SERVICE**

I hereby certify that on August 28, 2012, a true and correct copy of the foregoing document, **RR DONNELLEY'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER**, was electronically filed with the Court using the CM/ECF system. A courtesy copy of this Motion was sent electronically to counsel for Defendant who has not yet entered an appearance in this matter. All documents required to be served by Fed. R. Civ. P. 5(a) have been served.

Dated: August 28, 2012

/s/ Richard T. McCaulley, Jr.
Richard T. McCaulley, Jr.
Marc A. Cavan
111 South Wacker Drive, 46th Floor
Chicago, IL 60606
(312) 845-1200
richard.mccaulley@ropesgray.com
marc.cavan@ropesgray.com

*Attorneys for Plaintiff,*
*RR Donnelley & Sons Company*